United States District Court
Southern District of Texas
**ENTERED**
February 12, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UATP MANAGEMENT, LLC,**<br><br>*Plaintiff*,<br><br>v.<br><br>**AUBREY HALL; JUMP KATY, LLC; and JUMP UAAP TX, LLC,**<br><br>*Defendants*. | Case No. 4:26-cv-01069 |

## TEMPORARY RESTRAINING ORDER

After considering UATP Management, LLC's ("UATP" or "Plaintiff") Motion for Temporary Restraining Order, the verified Complaint, supporting evidence, and arguments of counsel, the Court finds that grounds for issuing a Temporary Restraining Order exist. Accordingly, the Court issues this Temporary Restraining Order, as follows.

(a) Defendants Aubrey Hall, Jump Katy, LLC, and Jump UAAP TX, LLC and those in active concert or participation with any of them are enjoined from owning, maintaining, advising, operating, engaging in, being employed by, making loans to, investing in, providing any assistance to, or having any interest in (as owner or otherwise) or relationship or association with, any Competitive Business (as defined in the Franchise Agreement) at any location that (i) is, or is intended to be, located at the location of any former URBAN AIR TRAMPOLINE PARK™ Franchised Business, including, without limitation, 25307 Kingsland Blvd., in Katy, Texas; (ii) is within a 25-mile radius of 25307 Kingsland Blvd., in Katy, Texas; or (iii) is within a 25-mile radius of any other URBAN AIR TRAMPOLINE

1

       PARK™ Franchised Business operating under the System and Proprietary Marks as of January 26, 2026.

(b)    Defendants Aubrey Hall, Jump Katy, LLC, and Jump UAAP TX, LLC and those in active concert or participation with any of them are enjoined from direct or indirect disclosure or use of Plaintiff's confidential, proprietary, or trade secret information;

(c)    Defendants Aubrey Hall, Jump Katy, LLC, and Jump UAAP TX, LLC and those in active concert or participation with any of them are enjoined from calling on, soliciting, selling to, servicing, or otherwise doing business with any of UATP's clients or former clients;

(d)    Defendants Aubrey Hall, Jump Katy, LLC, and Jump UAAP TX, LLC and those in active concert or participation with any of them are enjoined from using UATP's trademarks, logos, and other intellectual property; otherwise infringing the UATP Marks or using any similar designation, alone or in combination with any other components; passing off any products or services as those of UATP or its authorized franchisees; causing a likelihood of confusion or misunderstanding as to the source or sponsorship of business, products, or services; and causing a likelihood of confusion or misunderstanding as to affiliation, connection, or association with UATP and its franchisees or any of UATP's products or services;

(e)    Defendants Aubrey Hall, Jump Katy, LLC, and Jump UAAP TX, LLC and those in active concert or participation with any of them are enjoined from destroying or deleting of any documents, evidence, or record, electronic or otherwise, that relates to any of the matters implicated by this lawsuit or pertaining to Plaintiff, including

but not limited to all hard drives, flash drives, backups, CDs, DVDs, archives, and other possible sources of stored metadata or information.

This Order is effective until the earlier of the hearing on Plaintiff's application for preliminary injunction or 14 days from the date and time indicated below unless terminated earlier by order of the Court.

Bond is set at $5,000.00.

Hearing on Plaintiff's request for preliminary injunction is set for Wednesday, February 25, 2026 at 9:30 am in Courtroom 9F, Bob Casey Courthouse, 515 Rusk St, Houston, Texas.

Plaintiff shall serve a copy of this Order on Defendants as soon as reasonably practical. In addition to formal service, Plaintiff shall also send a copy to Mr. Hall via email.

Signed on February 12, 2026 at Houston, Texas.

Hon. Charles Eskridge
United States District Judge